IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:23CR15 |
| vs. | INFORMATION |
| TERRY A. POLAND, | 18 U.S.C. § 648 |
| Defendant. | |

The United States Attorney charges:

<u>COUNT I</u>

On or about March 22, 2020, in the District of Nebraska, the Defendant, TERRY A. POLAND, being an officer or other person charged by any Act of Congress with the safe-keeping of the public moneys, used and converted to his own use any portion of the public moneys entrusted to him for safe-keeping, in an amount that does not exceed $1,000, to wit: acquiring a basketball backboard for installation at his home.

In violation of Title 18, United States Code, Section 648.

UNITED STATES OF AMERICA,
Plaintiff

STEVEN A. RUSSELL
United States Attorney
District of Nebraska

By: _____
JOHN E. HIGGINS, #19546
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE  68102-1506
Tel:  (402) 661-3700
Fax:  (402) 345-5724
E-mail:  john.higgins@usdoj.gov

2

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
John E. Higgins