IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TERRY A. POLAND,<br><br>　　　　　Defendant. | 8:23CR15<br><br>STATEMENT OF PLAINTIFF PURSUANT TO NECrimR. 32.1(b) REGARDING SENTENCING PROCEDURES AND ADOPTION OF THE MODIFIED PRESENTENCE INVESTIGATION REPORT |

COMES NOW Plaintiff, the United States of America, by and through the undersigned Assistant United States Attorney, and hereby provides this written statement in accordance with NECrimR. 32.1(b), regarding Sentencing Procedures.

Plaintiff hereby adopts the Modified Presentence Investigation Report. Plaintiff anticipates offering no additional evidence at sentencing, other than to rebut or address issues raised by Defendant.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　UNITED STATES OF AMERICA,

　　　　　　　　　　　　　　　　　　STEVEN A. RUSSELL
　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　District of Nebraska

　　　　　　　By:　　s/ John E. Higgins
　　　　　　　　　　　JOHN E. HIGGINS, #19546
　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　1620 Dodge Street, Suite 1400
　　　　　　　　　　　Omaha, NE  68102-1506
　　　　　　　　　　　Tel:  (402) 661-3700
　　　　　　　　　　　Fax:  (402) 345-5724
　　　　　　　　　　　E-mail:  john.higgins@usdoj.gov

1

CERTIFICATE OF SERVICE

      I hereby certify that on June 22, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants. I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants: none

      s/ John E. Higgins
      Assistant U.S. Attorney